IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>KAMERON JONES,<br><br>                Defendant. | 8:20-CR-138<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the United States' Motion to Dismiss the Second Amended Petition for Warrant or Summons for Offender Under Supervision. Filing 60. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED

1. The Government's Motion to Dismiss, Filing 60, is granted; and

2. The Second Amended Petition for Warrant or Summons, Filing 56, is dismissed without prejudice.

Dated this 21st day of June, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge